Argued and submitted September 25, 1990, affirmed without opinion by an equally divided court April 10, 1991

STATE OF OREGON,
*Respondent,*

*v.*

JAMES R. CRAIG,
*Appellant.*

(CR89-227; CA A62409)

811 P2d 145

Irene B. Taylor, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Meg E. Kieran, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Affirmed without opinion by an equally divided court.